UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NUMBER: 8:00-cr-421-T-26MAP

KENNETH H. BURKE, JR.

_____/

## ORDER CONTINUING SUPERVISED RELEASE

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on September 7, 2007. The defendant appeared with counsel, Adam Allen. Also present was the Probation Officer and Assistant United States Attorney Maria Chapa-Lopez.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materiably violated the terms and conditions of his supervised release and that there is just cause for continuation of defendant's supervised release. It is, therefore,

**ORDERED AND ADJUDGED:**

1. The Judgment of Supervised Release entered herein on May 15, 2001, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby **CONTINUED** with the same terms and conditions plus the following additional conditions.

2. The defendant, KENNETH H. BURKE, JR., shall participate in the Home Detention Program for a period of **SIX (6) MONTHS**.

Page Two

3.  Beginning September 30, 2007 and continuing the last day of each month thereafter, the Defendant shall make restitution payments in the amount of $200.00.

4.  The defendant shall be released from custody and is directed to report to the Probation Office on Monday, September 10, 2007 at 9:00 a.m.

**DONE AND ORDERED**, At Tampa, Florida, this 7th day of September 2007.

RICHARD A. LAZZARA
United States District Judge

cc: U.S. Attorney - Maria Chapa-Lopez
Defense Counsel - Adam Allen
Defendant - c/o Counsel
U.S. Marshal
U.S. Bureau of Prisons
U.S. Probation