AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| KENNETH BURKE, JR. | Case Number: 8:00-cr-421-T-26MAP<br>USM Number: 39456-018 |
| | Mary Mills, pda<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) _1,2,3,4 and 5_ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to follow the instructions of the probation officer | 4/20/2008 |
| Two | Failure to make restitution as ordered on 9/7/2007 | 5/4/2008 |
| Three | Obtained new credit/loan without approval | 11/30/2007 |
| Four | Possession of cocaine charge | 6/13/2008 |
| Five | Possession of drug paraphernalia | 6/13/2008 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 18, 2008
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

9/18/08
Date

Case 8:00-cr-00421-RAL   Document 131   Filed 09/18/08   Page 2 of 2 PageID 252
AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Defendant:   Kenneth Burke, Jr.              Judgment - Page  2  of  2 
Case No.:    8:00-cr-421-T-26MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHTEEN (18) MONTHS. Should the defendant receive an imprisonment sentence on the pending charge in State Court, this sentence shall run concurrent with that sentence.**

__X__   The Court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be sent to FCI Coleman; also the Court recommends to the Bureau of Prisons that the defendant receive time credit from when the defendant was arrested by the U.S. Marshal on 6/13/2008.

__X__   The defendant is remanded to the custody of the United States Marshal.

_____   The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m. on _____.

_____   as notified by the United States Marshal.

____   The defendant shall surrender for service of sentence at the institution designated by the Bureau         of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By_____